DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE MILTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1956

[August 31, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 08-21359 CF10A.

Eugene Milton, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***